**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BARBARA HALL,** | § | |
| | § | |
| vs. | § | **CASE NO. 6:13cv961 JDL** |
| | § | |
| **NATIONAL CREDIT ADJUSTERS, LLC.** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Stipulation of Dismissal (Doc. No. 30). Upon consideration, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims asserted in the suit between Plaintiff and Defendant are hereby **DISMISSED WITH PREJUDICE.**

So ORDERED and SIGNED this 11th day of August, 2014.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE