**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BARBARA HALL, | § | |
| | § | |
| vs. | § | CASE NO. 6:13cv961 JDL |
| | § | |
| NATIONAL CREDIT ADJUSTERS, LLC. | § § § | |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal, the Court hereby enters Final Judgment. Plaintiff Barbara Hall filed suit against National Credit Adjusters, LLC on December 17, 2013. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 11th day of August, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE